UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:14-cv-1256-TLN-KJN |
| Plaintiff, | |
| v. | ORDER |
| DARLENE RAE DOWNES, et al., | |
| Defendants. | |

In light of the status report filed by the parties (ECF No. 12), indicating that plaintiff does not agree to waive disqualification of the assigned magistrate judge, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall randomly assign a United States Magistrate Judge to this case for purposes of conducting a settlement conference.
2. Upon assignment of a settlement judge, the parties shall contact the courtroom deputy clerk of the settlement judge to make arrangements for the scheduling of the settlement conference.

IT IS SO ORDERED.

Dated:  September 18, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE