CENTER FOR DISABILITY ACCESS
MARK D. POTTER, ESQ., SBN 166317
PHYL GRACE, ESQ., SBN 171771
Mail: P.O. Box 262490
San Diego, CA 92196-2490
Deliveries: 9845 Erma Road, Suite 300
San Diego, CA 92131
Phone: (858) 375-7385
Fax: (888) 422-5191
phylg@potterhandy.com

Attorney for Plaintiff SCOTT JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SCOTT JOHNSON,<br><br>              Plaintiff,<br>v.<br><br>DARLENE RAE DOWNES, in her individual and representative capacity as Trustee—Darlene Rae Downes Trust;<br>JEFFRA MCGOWAN;<br>MICHAEL MCGOWAN; and Does 1-10,<br><br>              Defendants. | Case No.: 2:14-CV-01256-TLN-KJN<br><br>**STIPULATION TO CONTINUE DISPOSITIVE MOTION HEARING CUT-OFF**<br><br>**Pretrial Conference: June 30, 2016**<br>**Time: 2:00 p.m.**<br><br>**Complaint Filed: December 12, 2013**<br><br>**Honorable Judge Troy Nunley** |

## **JOINT STIPULATION**

Plaintiff Scott Johnson and Defendants Darlene Rae Downes, Jeffra McGowen, and Michael McGowan (collectively as "Parties"), jointly request that the court continue the Dispositive Motion Hearing Cut-off Date.

**Whereas**, Plaintiff filed this lawsuit on May 22, 2014;

**Whereas**, the Settlement Conference is currently scheduled for

**Whereas**, the Final Pretrial Conference is currently scheduled for June 30, 2016;

**Whereas**, the deadline for a hearing on Dispositive Motions is currently scheduled for March

1 | 24, 2016;

2      **Whereas**, Parties are actively negotiating settlement and have reached a tentative agreement;

3      **Whereas** Parties wish to avoid incurring unnecessary litigation expenses, but wish to retain

4 | the right to bring a dispositive motion at a later date should that become necessary;

5      **THEREFORE**, in light of the above, the parties respectfully request that the court continue

6 | the Dispositive Motion Hearing Cut-off Date from March 24, 2016 to May 12, 2016.

7

8 | Dated:  February 23, 2016                CENTER FOR DISABILITY ACCESS

9

10      By:____/s/ Christina Sosa_____
     CHRISTINA SOSA

11           Attorney for Plaintiff

12

13 | Dated:  February 23, 2016                MICHAEL D. WELCH ASSOCIATES

14

15      By:____/s/ Michael Welch_____
     MICHAEL D. WELCH

16           Attorney for Defendant

17

18

19

20

21

22

23

24

25

26

27

CENTER FOR DISABILITY ACCESS
MARK D. POTTER, ESQ., SBN 166317
PHYL GRACE, ESQ., SBN 171771
Mail: P.O. Box 262490
San Diego, CA 92196-2490
Deliveries: 9845 Erma Road, Suite 300
San Diego, CA 92131
Phone: (858) 375-7385
Fax: (888) 422-5191

phylg@potterhandy.com

Attorney for Plaintiff SCOTT JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br>v.<br><br>DARLENE RAE DOWNES, in her individual and representative capacity as Trustee—Darlene Rae Downes Trust;<br>JEFFRA MCGOWAN;<br>MICHAEL MCGOWAN; and Does 1-10,<br><br>          Defendants. | Case No.: 2:14-CV-01256-TLN-KJN<br><br>**ORDER** |

## ORDER

          Pursuant to joint stipulation of the parties, and finding good cause therefore, is hereby ordered: a continuance of the Dispositive Motion Hearing Cut-off to May 12, 2016.

**IT IS SO ORDERED.**

Dated: February 25, 2016

                                        Troy L. Nunley
                                        United States District Judge